IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02445-MJW

JEFFREY PATRICK MAHONEY,

Plaintiff,

v.

AAA COLORADO,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendant's Unopposed Motion to Vacate Scheduling Conference and Stay Proceedings (Docket No. 13) is GRANTED IN PART and DENIED IN PART.  The motion is granted only insofar as it seeks to vacate the currently set scheduling conference; it is denied insofar as it seeks an open-ended stay of proceedings.

     The Scheduling Conference set for November 25, 2014, at 11:30 A.M. is VACATED.  The Scheduling Conference is RE-SET for January 15, 2015, at 9:30 A.M.

     Plaintiff is advised that his deadline to respond to Defendant's Motion to Dismiss is December 1, 2014.  Plaintiff is further advised that his deadline to file an amended complaint as a matter of course is also December 1, 2014.

Date: November 12, 2014